UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
STEPHEN GARRISON, an infant by his mother and natural   STIPULATION OF
guardian, JOY KING, and JOY KING individually,          DISCONTINUANCE

        Plaintiff(s),                                  04-CV-1475

       -against-

"JOHN" HOLLISTER, first name fictitious and unknown,     DNH/DEP
JOHN MORRISTON, LE WYNN, ROBERT DICK, and
MICHAEL PETIT,

        Defendant(s).
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, pending in the United States District Court, Northern District of New York, and only this captioned action, is hereby discontinued with prejudice, and without costs or attorneys' fees, to either party

Dated: BRONX, NY
      April 19, 2005

By: S/S
MARK KRESSNER, ESQ.
Bar Roll# 507464
Attorneys for Plaintiff(s)
1937 Williamsbridge Road
Bronx, New York 10461
Phone (718) 409-6606
Fax (718) 409-6607
E-Mail: LEGALWOLF@AOL.COM

ALBANY, NY
April 19, 2005

By:
ELIOT SPITZER, ATTORNEY GENERAL
OF THE STATE OF NEW YORK Attorneys
for defendant(s)
By: Bruce J. Boivin Bar Roll# 507894
THE CAPITOL
Albany, New York 12224-0341
Phone 518-473-5093
E-Mail: Bruce.Boivan @OAG.State.NY.US

It Is So Ordered:

Dated: April 25, 2005
Utica, New York

HON. DAVID N. HURD
U.S. DISTRICT JUDGE M.J.