UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN GARRISON, an infant by his mother and natural    STIPULATION OF
guardian, JOY KING, and JOY KING individually,           DISCONTINUANCE

       Plaintiff(s),                                    04-CV-1475

   -against-

                                                  DNH/DEP
"JOHN" HOLLISTER, first name fictitious and unknown,
JOHN MORRISTON, LE WYNN, ROBERT DICK, and
MICHAEL PETIT,

       Defendant(s).
------------------------------------------------------------X

   IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, pending in the United States District Court, Northern District of New York, and only this captioned action, is hereby discontinued with prejudice, and without costs or attorneys' fees, to either party

Dated: BRONX, NY                                ALBANY, NY
      April 19, 2005                              April 19, 2005

By:  S/S_____                       By:_____
   MARK KRESSNER, ESQ.                               ELIOT SPITZER, ATTORNEY GENERAL
   Bar Roll# 507464                                  OF THE STATE OF NEW YORK Attorneys
   Attorneys for Plaintiff(s)                        for defendant(s)
   1937 Williamsbridge Road                          By: Bruce J. Boivin Bar Roll# 507894
   Bronx, New York 10461                             THE CAPITOL
   Phone  (718) 409-6606                            Albany, New York 12224-0341
   Fax     (718) 409-6607                            Phone  518-473-5093
   E-Mail: LEGALWOLF@AOL.COM                         E-Mail: Bruce.Boivan @OAG.State.NY.US

It Is So Ordered:

Dated: April 25, 2005
      Utica, New York

_____
HON. DAVID N. HURD
U.S. DISTRICT JUDGE M.J.